FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2025

SEAN F. McAVOY, CLERK

*AUSA: BLP*

*County: Grant*

*In re Affidavit in Support of Criminal Complaint as to Gabriel Carmen CORREA Jr*

State of Washington          )

                         : ss

County of Spokane          )


## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT


I, Mitchell Hohman, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint seeking the arrest of Gabriel Carmen CORREA Jr for violating 21 U.S.C. § 841(a)(1), (b)(1)(C), Possession with Intent to Distribute Methamphetamine.

2.      I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) and have been since September 2024.  I am also a Detective with the Moses Lake Police Department (MLPD) and assigned to the Street Crimes Unit (SCU). I have been a Police Officer with the City of Moses Lake since 2018.  During my time as a law enforcement officer, I have participated in numerous investigations into the distribution of controlled substances.

3.      Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have only set forth facts

Affidavit of TFO Hohman (JAG)- 1

necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4.       On 07/09/2025, at approximately 1200 hrs, members of the Moses Lake Regional Tactical Response Team (TRT) held a briefing for a high-risk federal warrant service for the person of Gabriel Correa Jr (DOB: 03/19/1983) (CORREA) and two vehicles associated to CORREA. I am also a member of TRT. The search warrants were in furtherance of a narcotics investigation into CORREA. I had applied for and was granted the search warrants on 07/02/2025 by the Honorable Judge Goeke.

5.       Following the brief, ATF Special Agents, Detectives and members of TRT got into place to assist in the apprehension of CORREA. At approximately 1418 hrs, CORREA was seen exiting a residence located on the "Base" housing development (north Moses Lake, WA) and entering his grey 2010 Dodge Journey bearing Washington registration, CJR7683 (subject of signed federal warrant 25-MJ-00434-JAG). This was seen by surveillance units who were on air support along with ground surveillance units. I, along with other TRT members, began to follow Correa. I was directly behind CORREA's Journey at the intersection of Patton Blvd and State Route 17 (SR17). I positively identified CORREA as the sole occupant and driver of the Journey. As we got into position to affect the arrest and search of CORREA (pursuant to search warrant 25-MJ-00432-JAG), he was able to get away from us and continue southbound on SR17 at a high rate of speed. CORREA turned onto E Broadway Ave from SR17 then immediately conducted a U-turn through a business parking lot, traveling back out onto SR17 southbound. CORREA continued at a high rate of speed southbound SR17 and turned

Affidavit of Mitchell Hohman - 2

westbound onto E Wheeler Rd.

6.      I was behind CORREA again at this point, CORREA then turned south on the Samaritan Hospital access road located at 801 E Wheeler Rd, Moses Lake, WA. CORREA accelerated again at a high rate of speed down the access road. At this time, I lost the visual of where CORREA was. As I was driving through the Samaritan Hospital parking lot attempting to locate CORREA and his Journey, our aerial surveillance units advised CORREA parked in the overflow employee parking lot and was running towards a blue house with white trim. TRT member Taylor was in the air support unit relaying information to the ground units. TRT member Taylor advised CORREA was seen running to the back of the residence wearing a black crossbody style backpack. This was the same backpack surveillance saw CORREA wearing during multiple short stay visits at residences in Moses Lake on this date. After CORREA ran towards the back of the residence he was not seen on the property after that and it appeared CORREA had made it inside the residence.

7.      Shortly after TRT member Taylor advised this, all units converged on the area surrounding the residence and set up a perimeter. The residence was later identified as 539 Adams St, Moses Lake, WA. Within minutes of CORREA making it to the residence, a black 2006 Dodge Charger bearing Washington registration, 519ZZM pulled up to the front of the residence. A white male exited the driver seat and entered the residence of 539 Adams St, Moses Lake, WA.  We believed this vehicle was arriving to aid CORREA in fleeing the residence.

8.      After approximately 20 minutes, a female later identified as Rachel Gann exited the back of the residence. The male who was driving the black Charger, and CORREA were seen exiting the front door of the residence. The male

Affidavit of Mitchell Hohman - 3

who was driving the Charger, got into it and attempted to leave in a separate direction from CORREA. CORREA began walking down the road towards Samaritan Hospital and was taken into custody. CORREA did not have his black crossbody backpack with him. I read CORREA his Miranda Rights and he was secured in a Moses Lake Police Department patrol vehicle. The male in the Charger was detained along with Rachel by perimeter TRT members. The male in the Charger was later identified as Jeff Phillips, who shared the residence with Rachel.

9.      Another female, later identified as Angel Alvarado remained in the residence and exited approximately 30 minutes later. Angel was interviewed by Detective Sergeant Ledeboer, who is also a TFO with the ATF. Post *Miranda*, Angel stated she saw CORREA enter the residence with the black crossbody backpack and hide the backpack in Rachel's bedroom. Angel stated CORREA thought he was being followed by the US Marshal's Service. Angel then explained CORREA exited the residence and that was when he was taken into custody.

10.     I applied for and was granted a search warrant for the residence of 539 Adams St, Moses Lake, WA and the black 2006 Dodge Charger, bearing Washington registration, 519ZZM. I was granted the search warrant by the Honorable Judge Gigliotti in Grant County Superior Court.

11.     While searching the residence, I located the black crossbody backpack in Rachel's bedroom on a clothes hamper. Documents of dominion and control for Rachel were in the bedroom and Rachel had told me her bedroom was the bedroom at the front of the residence. However, the black crossbody backpack matched the description of what CORREA was seen wearing while Detectives/Special Agents and TRT members were conducting surveillance on CORREA. As indicated

Affidavit of Mitchell Hohman - 4

above, CORREA was seen wearing a black crossbody backpack earlier in the day, while he made short stay visits to multiple residences in Moses Lake, which, based on my training and experience, was consistent with him conducting drug related transactions. Further, this was the only black crossbody style backpack we came across in the residence.  Notably, the main compartment of the black crossbody backpack was unzipped and open when it was located. Inside of the black crossbody backpack there were vehicle keys, one belonging to a Mercedes, which based on this investigation, CORREA is known to drive. There was also a small plastic baggie with approximately a gram of white powder which was consistent with fentanyl powder. There were small crystals inside of the main compartment of the black crossbody backpack. Based on my training and experience, these small crystals were consistent with methamphetamine. As I lifted the crossbody backpack up and moved a few clothes, I observed a substantial amount of white crystalline substance, which was consistent with methamphetamine in a sandwich Ziploc baggie. The white crystalline substance field tested presumptive positive for methamphetamine and weighed approximately 246.00 grams. A functioning grey digital scale was located on top of the baggie of methamphetamine. Next to the baggie of methamphetamine, there was a blue bulging latex glove. When I opened the glove, there were multiple small plastic baggies/packaging material and prepackaged baggies of white powder substance along with prepackaged plastic baggies of blue pills with "M30" stamped on them. These pills were consistent with counterfeit fentanyl laced pills. The white powder substance was consistent with fentanyl powder. There were approximately 54 pills and the white powder substance consistent with fentanyl powder weighed approximately 27.35 grams.  It should also be noted that the prepackaged baggies containing suspected fentanyl powder that were located in the blue latex glove, were similar in appearance to the small plastic baggie containing suspected fentanyl powder that had been located

Affidavit of Mitchell Hohman - 5

inside the black crossbody style backpack.

12.     Based on the foregoing, I submit that there is probable cause to believe that CORREA had attempted to empty the black crossbody backpack, and conceal the suspected narcotics contained within it.

13.     Following the search warrant, Special Agent Wihera and I escorted CORREA into an interview room at the Moses Lake Police Department. I read CORREA his Miranda Rights, which he stated he understood his rights. CORREA did not provide a statement and requested an attorney.

14.     The seized suspected fentanyl powder and suspected counterfeit fentanyl laced pills have not been field-tested as of the writing of this affidavit; however, based on my training and experience, the substances appear to be fentanyl powder and counterfeit fentanyl laced pills.  Further, based on my training and experience, the amount of methamphetamine and suspected fentanyl seized, constitutes a distribution amount, rather than a 'user' quantity.  Further still, based on the presence of the scale, and the way the suspected fentanyl was prepackaged, lead to me believe that the suspected narcotics were possessed with the intent to distribute.

//

//

//

//

//

15.     Based on the foregoing, I submit that there is probable cause to believe that on July 9, 2025, CORREA committed the offense of Possession with

Affidavit of Mitchell Hohman - 6

Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

*Mitchell Hohman*

Mitchell Hohman
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms, & Explosives

Sworn to telephonically and signed electronically on this 10th day of July, 2025.

James A. Goeke
United States Magistrate Judge